RECV#31 MAR '22 10:37USDC-ORE
FILED 3D

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

Eugene _____ DIVISION

Robin R. Gilliland
*(Enter full name of plaintiff)*

Plaintiff,

Civil Case No. 6:22-cv-4916-MO
(to be assigned by Clerk's Office)

v.

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS (PRISONER COMPLAINT)

Deputy's Eason, Lederer, Nash
Linn County Sherriff Michelle Duncan,
(Employees, Staff at Linn County Jail &
Sherriffs Office)(Albany General Hospital, Staff, and Employees)
(Albany Police Dept (Officer's who assisted Sherriff Deputy on 1-16-22 w/care of myself
at Albany General Hospital) Corvallis hospital, security, staff, and employees.
*(Enter full name of ALL defendant(s))* Lt. Rondal, D.

Jury Trial Demanded

☒ Yes   ☐ No

Defendant(s).

## I. PARTIES

*List your name, address, and telephone number below, and the same information for each defendant. Make sure that the defendant(s) listed below are identical to those contained in the caption of the complaint. Attach additional sheets of paper if necessary.*

**Plaintiff**

Name: Robin R. Gilliland
Street Address: 1115 Jackson St. SE
City, State & Zip Code: Albany, OR 97322
Telephone No.: N/A

Complaint for Violation of Civil Rights (Prisoner Complaint)
[Rev. 01/2018]

1

**Defendant No. 1**    Name: Deputy Eason
Street Address: 1115 Jackson St. SE
City, State & Zip Code: Albany, OR 97322
Telephone No.: 541-967-3950

**Defendant No. 2**    Name: Deputy Lederer
Street Address: 1115 Jackson St. SE
City, State & Zip Code: Albany, OR 97322
Telephone No.: 541-967-3950

**Defendant No. 3**    Name: Deputy Nash
Street Address: 1115 Jackson St. SE
City, State & Zip Code: Albany, OR 97322
Telephone No.: 541-967-3950

**Defendant No. 4**    Name: Linn County Sheriff Michelle Duncan, staff, and Employees
Street Address: 1115 Jackson St. SE
City, State & Zip Code: Albany, OR 97322
Telephone No.: 541-967-3950

## II. BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. You are bringing suit against (*check all that apply*):

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. What federal constitutional, statutory, or treaty right(s) is/are at issue?

42 USCA § 1983. First Amendment, Fourth Amendment, Eighth Amendment, Fourteenth Amendment, Cruel and Unusual Punishment, Excessive Force, Due Process

### III. STATEMENT OF CLAIMS

#### Claim I

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

On 1-16-22 was forced on paramedic gurney, belly chained, shackled, and handcuffed while naked, forced into Ambulance where Sedudy Eason repeatedly forced my head and chest onto gurney, suffocating me, putting fingers in eyes + mouth, w/hands on my face and chest. Taken to Albany General Hospital where I was held down, after being transferred from medic gurney to hospital bed, again w/same restraints as aforementioned, at which time I.V. was forced into right arm, blood taken, given fluids, and catheter used for retrieval of urine sample while head and face were smashed into bed by physical force from deputy Eason, Albany Police Officer and four AGH nurse/employee and/or staff. I was repeatedly assaulted by deputy Easons continued force of upper body (face and chest) smashing into bed, sometimes suffocating me, putting fingers in mouth and eyes, was threatened retaliation, and/or punishment by Eason saying "I'm stronger I'll hurt you and that would be put in black restraint chain and be placed on HRC. + I continued to re-

#### Claim II

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

fuse treatment when returned to LCJ.

1-21-22 I was threatened continued physical ~~and~~ physcological pain and duress ~~────────────────────────~~ and suffering by

# Parties

**(Defendant No. 5)**
name: Lt. Randal
Address: 1115 Jackson St. SE
City, State + Zip Code: Albany, OR 97322
Telephone No: 541-967-3950

**(Defendant No. 7)**
Albany General Hospital

Albany, OR

**(Defendant No. 6)**
name: Albany Police Dept. Officers/Employees
Address:
City, State + Zip Code: Albany, OR
Telephone No:

## "Claim 1 continued"

Deputy Eason was constantly conspiring w/ AGH nurse, Albany Police Officer, and supervisor/ Sheriff Michelle Duncan to inflict unnecessary medical treatment causing mental duress, physical pain, physcological pain + stress, excessive force, cruel + unusual punishment. Raped by Eason, Albany General Hospital Staff + Employees Albany Police Officer forcing catheter in penis. Total deliberate indifference

## "Claim II continued"

Deputy hederer was constantly conspiring w/other deputies Linn County Sheriff Michelle Duncan, Corvallis hospital staff/employees, and supervisor to continue excessive force, physical pain, physcological mental duress, cruel and unusual punishment, deliberate indeffence

Lederer → Deputy Lederer while he was dragging me into Corvallis Hospital, leaving abrasions which were later seen by Tyler Reid Attorney at Law ripped my left armpit and saying in my ear want pain to stop walk. By deputies. Was then thrown on hospital bed. I was in belly chains and shackles the whole time. During trip to hospital I was intentionally subjected to near freezing temperatures for over 2 hours. 47°-36°. Forced I.V. and threatened continued mistreatment by deputy and hospital security by crushing sternum w/ maglight or hammer fist if I continued to refuse. Suffer mental duress physical pain in left armpit, shoulder, middle of back.

### Claim III

*State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

Deputy Nash "yanked" me out of police vehicle while I was in bellychains and shackles slamming my head and shoulders into door of vehicle and frame. Was drug into hospital assisting Deputy Lederer where both deputies "threw" me on hospital bed. Was subjected to near freezing temperature for over 2 hours. 47°-36° only wearing jumpsuit. Tormented while I had to listen to deputies and hospital security laugh and conspire to crush sternum. Deputy Nash forced IV. Fluid "squeezing bag" into my arm. Suffer mental distress pain in neck and shoulders, middle back.

*(If you have additional claims, describe them on another piece of paper, using the same outline.)*

②

### Claim IIII

Michelle Duncan, Linn county jail staff and employees left me w/no shoes, no medical mattress, and one blanket from 1-16-22 to 1-23-22 on approximately for reasons unknown. The staff and deputies would open tray slot and drop sack lunch on floor for approximately 3 days from 1-16-22 then started placing hot tray on floor, mattress, sink, along w/ sack lunch. Heat was turned down due to Covid and middle of winter months w/only 1 blanket. No sheets, under clothes. Jumpsuit only. All this was done maliciously and w/ deliberate indifference to cause physical and mental pain to myself. Intentional cruel and unussual punishment.

### Claim V

Linn County Sheriff Michelle Duncan, Lt. Randal D. Linn County jail staff and employees, have kept me in solitary confinement since Dec. 28th 2021 w/out merrit. I've had no misconduct in over 25 yrs. at this facility and been a worker last 3 incarcerations here. Because of recent charges I'm being mistreated daily w/little or no exercise, no outside, and being told its D.A. court ordered no-contact. I have in my possesion proof from D.A. there is "NO" no-contact, never was and will

(3)

not be in future. I've brought this to LCJ's attention and my Attorney Tyler Reid has emailed LCJ w/notice from D.A. about non-existant no-contact yet LCJ still has me in solitary confinement 23½ hours a day up until a week or so ago and now 23 hours a day lock down, proclaiming that theres a no-contact ordered by D.A's office. I've written numerous Kytes asking for override to another lesser custody and been refused as every avenue I've tried (IE: grievance administrative review process) to resolve all issues stated in actions/claims that have occured to myself since my incarceration into LCJ on 12-28-21 until present time which I'm still in solitary confinement. This is all being done w/ malicious intent by Sheriff LCJ staff and employees, to cause mental/physical pain suffering and distress to myself Robin R Gilliland. Please help!


## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

I have filed for administrative relief as to all claims in Section III and have concluded all administrative appeals available to me.

☒ Yes   ☐ No

## V. RELIEF

*State briefly exactly what you want the court to do for you and the amount, if any, of monetary compensation you are seeking. Make no legal arguments. Cite no cases or statutes.*

All defendants held accountable for thier participation at all levels including prosecution individualy and or parties, Rules and or procedures readdressed at LCJ (5.3 million dollars for pain(mental/physical) + suffering)(mental/phycological) durress 1.7 million dollars from each defendant) Fines and or monies owed or taken at LCJ for medical between (1-16 — 1-21-2022) returned, Injuries attained from abuse (physical) mended by Drs, at defendant cost.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 28th day of March, 2022.

_____
(Signature of Plaintiff)