Rebeca A. Plaza, OSB #053504
*rebeca@montoyahisellaw.com*
Aaron P. Hisel, OSB #161265
*aaron@montoyahisellaw.com*
Law Offices of Montoya, Hisel and Associates
901 Capitol St. NE
Salem, OR 97301
   Telephone: (503) 480-7250
   Fax: (503) 779-2716
      Attorneys for Defendants Deputy Eason,
      Deputy Lederer, Deputy Nash, Sheriff
      Duncan, and Lieutenant Randall
      ("County Defendants")

                UNITED STATES DISTRICT COURT
                      DISTRICT OF OREGON
                        EUGENE DIVISION

| | |
|---|---|
| ROBIN R. GILLILAND, | Case No. 6:22-cv-00496-MO |
| Plaintiff, | |
| v. | **NOTICE OF ASSOCIATION OF COUNSEL FOR DEFENDANTS** |
| LINN COUNTY DEPUTY EASON; LINN COUNTY DEPUTY LEDERER; LINN COUNTY DEPUTY NASH; LINN COUNTY SHERIFF MICHELLE DUNCAN, and LINN COUNTY LT. D. RANDALL, | |
| Defendants. | |

      PLEASE TAKE NOTICE that Aaron P. Hisel, Oregon State Bar No. 161265, of the Law Offices of Montoya, Hisel and Associates, 901 Capitol Street NE, Salem, Oregon 97301, telephone (503) 480-7250, email *aaron@montoyahisellaw.com*, is being associated with Rebeca A. Plaza of the Law Offices of Montoya, Hisel and Associates as attorneys of record for defendants Deputy Eason, Deputy Lederer, Deputy Nash, Sheriff Michelle Duncan, and Lieutenant Randall.

      DATED this 1st day of August, 2022.

                                                  s/ Aaron P. Hisel
                                                  Aaron P. Hisel, OSB #161265
                                                  Of Attorneys for County Defendants

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing NOTICE OF ASSOCIATION OF COUNSEL

FOR DEFENDANTS on:

    Robin Gilliland
    Linn County Jail
    1115 Jackson St. SE
    Albany, OR 97322
        Plaintiff *pro se*

by the following indicated method or methods:

    ☐ by **electronic means through the Court's Case Management/Electronic Case File system** on the date set forth below;

    ☐ by **emailing** a copy thereof to each attorney at each attorney's last-known email address on the date set forth below;

    ☒ by **mailing** a full, true, and correct copy thereof in a sealed, first-class postage-prepaid envelope, addressed to the attorney's last-known address listed above and depositing it in the U.S. mail at Salem, Oregon on the date set forth below.

DATED this 1st day of August, 2022.

                                              s/ Aaron P. Hisel
                                        Aaron P. Hisel, OSB #161265
                                        Of Attorneys for Defendants