FILED 22 SEP '22 10:40 USDC-ORE

| | |
|---|---|
| Robin R. Gilliland, Plaintiff v. Deputy Eason, et al., Defendant | Case No.: 6:22-cv-00496-MO<br><br>Motion for Appointment of Counsel #3 |

Pursuant to 28 USC § 1915(d), plaintiff again request an order appointing counsel to represent him in this case. Plaintiff continues to struggle by not knowing the law, complexity of issues, and confinement, amoung many more not mentioned at this time. Plaintiff quotes the Constitution blindly not knowing whether it benefits or hinders, as with cited case law below. Plaintiff has survived court screenings to the discovery stage showing that § 1983 has obvious merit for purposes of proving defendants fault at trial for award. Plaintiff suffers from lack of knowledge, ability to perform and complete discovery, and funds to obtain counsel. Plaintiff has recently written OSB, ACLU, and previously written attorneys and only got response back from ACLU (enclosed). Hahn-v-Mcley, Woodham-v-Sayre Borough Police Dept., Johnson-v-Avery, Nelson-v-Redfield, Montgomery-v-Pinchank. Plaintiff prays for appointment of counsel or reference to help him.

Respectfully submitted: Robin R. Gilliland
1115 Jackson St SE
Albany, OR 97322

Dated: 9/15/2022

Sherriff Michelle Duncan and her deputies refused to copy said legal form; ie deny access to courts