

**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**

Oregon

P.O. Box 40585, Portland, Oregon 97240
(503) 227-3186  •  www.aclu-or.org

August 25, 2022

Robin Gilliland
Linn County Jail
1115 Jackson St. SE
Albany, OR 97322

Dear Robin Gilliland,

We have received your communication about your civil lawsuit against the jail.

If you are interested in retaining a lawyer, we recommend that you contact the Oregon State Bar (OSB). OSB's Lawyer Referral Service can provide you with the name and contact information of a lawyer who specializes in the relevant area of law. This program offers users an initial consultation of up to 30 minutes for a fee of $35. Any additional fees must be arranged between you and the lawyer. Callers are referred to one attorney, with a maximum of three attorney referrals per year.

If you are interested in the Lawyer Referral Service, you can call 503-684-3763 or (toll-free in Oregon) 800-452-7636. You can also write to:

> Oregon State Bar
> Referral & Information Services
> P.O. Box 231935
> Tigard, OR 97281-1935

Finally, you can also fill out the OSB referral request form online, here:

> http://www.osbar.org/public/ris/lrsform.html

You might also qualify for OSB's Modest Means Program, which provides moderate-income Oregonians with lawyers at reduced rates (but not for free). The Modest Means Program is only available for family law, criminal defense, foreclosure, and landlord/tenant matters at the trial court level. If you are interested in the Modest Means Program, you can fill out the application found at:

> http://www.osbar.org/_docs/public/diy/modestmeansapp.pdf

Mail the application to the address above, fax it to 503-431-6444, or scan and email it to mmp@osbar.org. Please be sure to provide an e-mail address and/or telephone number at

which you can be reached during the day. Please send the application to the Oregon State Bar and not the ACLU of Oregon.

As you may know, the ACLU of Oregon is a small, private, nonprofit organization funded entirely by private donations. Typically, the cases we accept are handled by lawyers in private practice who donate their time. As a result, we offer legal assistance in only a small number of cases each year.

Consequently, we cannot provide legal representation in every case. We focus on defending and expanding the freedoms and rights protected in our constitution and civil rights laws. Among these cases, we often limit our representation to "impact cases," i.e., those that present new legal issues or affect large numbers of people.

We generally do not get involved in disputes between private parties, with private employers, or private organizations. Oregon's attorney ethics rules prohibit us from discussing cases with parties that have an attorney representing them in that same case, unless the party and their attorney request assistance. Even then, all the other criteria remain in place.

Based on our current capacity and the above criteria, we have concluded the ACLU is unable to provide you with assistance. Please be assured, however, that our inability to assist is not an assessment of the merits of your case.

We have enclosed the ACLU of Oregon's Referral and Information sheet. One of the organizations listed may be able to assist you. I regret we are unable to help you further.

Sincerely,

The ACLU of Oregon Legal Team


Enclosure: ACLU of Oregon Referrals and Information